People, Plaintiff and Appellee, *v.* Pillot García, Defendant and Appellant.

Appeal from the District Court of Guayama in an Action for the Violation of Section 47 of the Penal Code.

No. 1262.—Decided July 8, 1918.

Decided on the ground of the opinion delivered in case No. 1263, *People v. Pillot García, ante.*

Mr. *Abraham Peña* for the appellant.
Mr. *Salvador Mestre, fiscal,* for the appellee.

*Affirmed.*

Justices Hutchison, del Toro and Aldrey concurred.
Chief Justice Hernández and Justice Wolf dissented.